UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>BRIDGETTE TAPIA,<br><br>       Defendant. | No. CR No. 20-MJ-1747-MSB<br><br>ORDER CONTINUING INITIAL APPEARANCE TO AUGUST 3, 2020 AT 2:00 PM |

GOOD CAUSE APPEARING, Defendant Tapia's initial appearance is continued to August 3, 2020 at 2:00 p.m. Time is excluded from today's date to August 3, 2020. **Defense counsel is ordered to file acknowledgment of next court date no later than July 20, 2020.**

**SO ORDERED**, this 13th day of July, 2020.

_____
HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE